■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEILA WILLIAMS, Appellant. [994 NYS2d 867]—

Appeal by the defendant from a judgment of the County Court, Putnam County (Reitz, J.), rendered March 21, 2013, convicting her of criminal possession of stolen property in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her claim that the sentence imposed was excessive (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 253 [2006]; *People v Muniz*, 91 NY2d 570, 575 [1998]; *People v Seaberg*, 74 NY2d 1, 11 [1989]).

The defendant's remaining contention is without merit. Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.